UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAISY ABDUR-RAHMAN and RYAN PETTY,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN WALKER and CHESTER GUDEWICZ, JR.,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-0048-WSD |

## **J U D G M E N T**

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Defendants' motion for judgment on the pleadings, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 31st day of March, 2008.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT

                                                    By: */s/ K. Thornton*
                                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 31, 2008
James N. Hatten
Clerk of Court

By: */s/ K. Thornton*
        Deputy Clerk