IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAISY ABDUR-RAHMAN and RYAN PETTY, | x : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION FILE NO. 1:07-cv-00048-WSD |
| JOHN WALKER and CHESTER GUDEWICZ, JR., | : : | |
| Defendants. _____ | x | |

**NOTICE OF APPEAL**

Plaintiffs Daisy Abdur-Rahman and Ryan Petty hereby appeal from all parts of the Opinion and Order in this matter dated March 31, 2008 and from the Judgment entered in this matter on March 31, 2008.

Respectfully submitted, this 30th day of April 2008.

<u>s/Robert N. Marx</u>
Attorney Bar Number 475280
Attorneys for Plaintiffs
Marx & Marx, L.L.C.
5555 Glenridge Connector, Suite 200
Atlanta, Georgia 30342
Telephone: (404) 261-9559
E-mail: lawyers@marxlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAISY ABDUR-RAHMAN and RYAN PETTY, | x<br>:<br>: |
| Plaintiffs, | |
| vs. | : CIVIL ACTION<br>  FILE NO. 1:07-cv-00048-WSD |
| JOHN WALKER and CHESTER GUDEWICZ, JR., | : |
| Defendants. | :<br>x |

## CERTIFICATE OF SERVICE

This is to certify that on April 30, 2008, I electronically filed: **Notice of Appeal** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filings to the following attorneys of record:

>Randy C. Gepp, Esq.
>Hollowell, Foster & Gepp, P.C.
>1200 Harris Tower
>233 Peachtree Street, N.E.
>Atlanta, GA 30303-1507
>
>Mary Janet Huber, Esq.
>Law Office of Mary J. Huber
>Suite 800, Commerce Plaza
>755 Commerce Drive
>Decatur, GA 30030

Respectfully submitted, this 30th day of April 2008.

[Signature on following page.]

2

3

                                    **s/Robert N. Marx**
Georgia Bar Number 475280
Attorneys for Plaintiffs
Marx & Marx, L.L.C.
5555 Glenridge Connector, Suite 200
Atlanta, Georgia 30342
Telephone:  (404) 261-9559
E-mail:  lawyers@marxlaw.com